### COLEMAN HILL v. STATE OF FLORIDA

28 So. (2nd) 114
November 26, 1946

June Term, 1946
Division B

*Clayton A. Avriett,* for appellants.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

This appellant was convicted under an indictment charging the receiving and concealing of certain stolen property, knowing the same to have been stolen, which offense is defined in Section 811.16, F.S.A. After a careful consideration of the evidence produced upon the trial, we have reached the conclusion that the evidence was insufficient to sustain the verdict.

Judgment of conviction reversed.

CHAPMAN, C. J., BROWN and THOMAS, JJ., and BARNS, Circuit Judge, concur.